Wayne D. Carroll (Bar No. #024120)
INSPIRED IDEA SOLUTIONS, LLC
39506 N. Daisy Mountain Drive, Suite 122-501
Phoenix, AZ  85086
Phone:  602-361-9017
Fax:  888-965-3627
Email: wayne@InspiredIdeaSolutions.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA - PHOENIX**

| | |
|---|---|
| MASTERFILE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LIFECARE CHIROPRACTIC, INC., an Arizona corporation;<br>and JAMES BOGASH, D.C., an individual,<br><br>Defendants. | **COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br>**AND**<br>**DEMAND FOR A JURY TRIAL**<br><br>Case No.:_____<br><br>Judge:_____ |

Plaintiff MASTERFILE CORPORATION ("Masterfile"), for its Complaint against Defendants, LIFECARE CHIROPRATIC, INC., and JAMES BOGASH, D.C. (collectively referred to as "Defendants"), alleges as set forth below.

**PARTIES**

1. Masterfile is a Canadian corporation with its principal place of business at 3 Concorde Gate, Fourth Floor, Toronto, Ontario, Canada M3C 3N7.  Masterfile is a stock image licensing agency in the business of licensing reproduction and display rights in images to users for a fee.

2. On information and belief, Lifecare Chiropractic, Inc. ("Lifecare"), is a for-profit corporation organized and existing under the laws of the State of Arizona, with its principal place of business in Mesa, Arizona.  Lifecare may be served through its registered agent, Ronald P. Adams, c/o Hoopes & Adams PLC, at 2410 W. Ray Road #1, Chandler, AZ 85224.

3. On information and belief, James Bogash, D.C. ("Dr. Bogash"), is an individual and citizen of Mesa, Arizona, who at all times relevant to this action was the President of Lifecare. Dr. Bogash may be served at the Lifecare headquarters listed at 1830 South Alma School Road, Suite 135, Mesa, AZ 85210.

## NATURE OF THE CLAIM, JURISDICTION AND VENUE

4. This action arises under the Federal Copyright Act of 1976, as amended, 17 U.S.C. §§ 101, *et seq.*  Jurisdiction is founded on 28 U.S.C. §§ 1331 and 1338(a).

5. This Court has personal jurisdiction over Defendants by virtue of their presence in this District, as well as their transacting, doing, and soliciting business in this District.

6. Venue is proper under 28 U.S.C. §§ 1391(b)(1) and (c) and 1400(a).

## JURY DEMAND

7. Plaintiff demands a trial by jury on all of its claims for relief.

## OPERATIVE FACTS

8. In 2005, Masterfile obtained the exclusive assignment of the copyright in one (1) image identified by Masterfile as Image No. 700-00644309, as shown below (the "Image"):



9.   Masterfile has complied in all respects with the Copyright Act of 1976, 17 U.S.C. § 101, *et seq.*, as amended, and all other laws and regulations governing copyrights and has secured the exclusive rights and privileges in and to the copyright for the Image.  The Register of Copyrights for the U.S. Copyright Office issued Masterfile a Certificate of Registration for the copyright to the Image, number VA 1-337-371, effective January 13, 2006, shown below.



[Copyright registration Form VA, including sections 5-9. Key entries: Section 6a Preexisting Material: "Certain previously published photographs"; Section 6b: "Revised compilation and new photographs updated weekly"; Correspondence: Kathy Burgess, Masterfile Corporation, 175 Bloor Street East, South Tower, Second Floor, Toronto, Ontario, Canada M4W 3R8; Phone (416) 929-3000; Fax (416) 929-9623; Email kburgess@masterfile.com; Certification signed by authorized agent of Masterfile Corporation per Kathy Burgess, dated December 31, 2005.]

10. In or about April 2013, Masterfile became aware that Defendants were reproducing and displaying the Image on a website at www.lifecarechiropractic.com/blog/2012/omega-3-vs-adhd/, as shown below and indicated by the red arrow (the "Website").



11. The Image as displayed on the Website included Masterfile's watermark.

12. Upon information and belief, the Defendants control, own, and operate the Website, through which they advertise their services and solicit customers.

13. On or about April 25, 2013, Masterfile provided notice via overnight courier to Defendants that the Image appeared on the Website without authorization of Masterfile or the law.

14. Defendants refused to pay retroactive license fees to Masterfile for the unauthorized use of the Image on the Website.

15. Defendants are not, and have never been, licensed or authorized to reproduce or display the Image on the Website.

16. The Image is an original work of authorship fixed in a tangible medium of expression from which it can be perceived, reproduced, or otherwise communicated, either directly or with the aid of a machine or device, and as such is protected by copyright.

17. At all times relevant to this action, Masterfile was the sole and exclusive owner of all right, title, and interest in and to the copyright in the Image.

## FIRST CAUSE OF ACTION

**Copyright Infringement – 17 U.S.C. §§ 101 et seq.  (Lifecare)**

18. Masterfile re-alleges and incorporates by reference paragraphs 1 through 17 above.

19. On information and belief, Defendants had access to the Image through the Internet.

20. Defendants' reproduction and display of the Image are substantially similar to the Plaintiff's Image which is protected by copyright.

21. Defendants have not compensated Masterfile for their reproduction and display of the Image.

22. Without Masterfile's authorization, Defendants reproduced and publicly displayed Masterfile's copyrightable work in violation of 17 U.S.C. § 501.

23. Defendants' conduct violates the exclusive rights belonging to Masterfile as owner of the copyright for the Image, including without limitation, Masterfile's exclusive rights under 17 U.S.C. § 106.

24. As Masterfile first discovered Defendants' reproduction, display, and distribution of the Image in or around April 2013, Masterfile's claims are within the three-year statute of limitations period pursuant to 17 U.S.C. § 507(b).

25. As a direct and proximate result of its wrongful conduct, Defendants have realized and continue to realize profits and other benefits rightfully belonging to Masterfile for the Image.

Accordingly, Masterfile seeks an award of actual damages and profits against Defendants plus attorneys' fees and costs pursuant to 17 U.S.C. §§ 504(b) and 505.

26. In the alternative, Masterfile is entitled to and seeks statutory damages against Defendants for their wrongful conduct, including attorneys' fees and costs pursuant to 17 U.S.C. §§ 504(c)(1) and 505.

27. Defendants' infringement of the Image was willful and performed with knowledge that the reproduction and display of the Image were unauthorized; Masterfile is therefore entitled to the recovery of enhanced statutory damages pursuant to U.S.C. § 504(c)(2).

## SECOND CAUSE OF ACTION

**Vicarious Liability (Dr. Bogash)**

28. Masterfile re-alleges and incorporates by reference paragraphs 1 through 17 above.

29. As President of Lifecare, Dr. Bogash had both a legal right to stop or limit the directly infringing conduct stemming from Lifecare's use of the Image, as well as the practical ability to do so.

30. Additionally, as President of Lifecare, Dr. Bogash gained a direct financial benefit from the direct infringement of Lifecare through the unauthorized use of the Image.

31. As such, Dr. Bogash had: (1) the right and ability to supervise or control the infringing activity; and (2) a direct financial benefit from that activity.  Therefore, Dr. Bogash is vicariously liable for the infringing activity.

32. As a direct and proximate result of Dr. Bogash's vicarious infringement as described above, Masterfile has suffered injuries and damages.

## PRAYER FOR RELIEF

WHEREFORE, Masterfile prays for judgment from this Honorable Court as follows:

33. that Defendants' unauthorized conduct violates Masterfile's rights under the Federal Copyright Act;

34. that Lifecare willfully infringed Masterfile's rights to the Image under the Federal Copyright Act;

35. that Dr. Bogash is contributorily liable for the direct infringement of Masterfile's copyrights in the Image;

36. that Dr. Bogash is vicariously liable for the direct infringement of Masterfile's copyrights in the Image;

37. that Defendants be required to account to Masterfile for all gains, profits, and advantages derived by each Defendant through the use of the Image;

38. that Defendants be required to pay Masterfile all profits and damages in such amount as may be found pursuant to 17 U.S.C. § 504 (b) (with interest thereon at the highest legal rate) for the infringement of the Image;

39. in the alternative, if Plaintiff so elects, that Defendants be required to pay Masterfile maximum statutory damages in the amount of $30,000 for each infringement pursuant to 17 U.S.C. § 504 (c)(1); or such other amount as may be proper pursuant to 17 U.S.C. § 504;

40. that upon a finding that the infringements were willful, that Defendants be required to pay Masterfile in the statutory maximum amount of $150,000 for each infringement pursuant to 17 U.S.C. § 504 (c)(2); or such other amount as may be proper pursuant to 17 U.S.C. § 504;

41. that Defendants be required to pay Masterfile its costs, reasonable attorneys' fees, and disbursements in this action, pursuant to 17 U.S.C. § 505;

42. that Defendants are subject to preliminary and permanent injunctions providing that each Defendant shall deliver to Masterfile all copies of the Image, and all other materials containing such infringing copies in each Defendant's possession, custody or control, for destruction;

43. that Defendants, their agents, and servants be enjoined during the pendency of this action, and permanently, from infringing the copyrights of Plaintiff in any manner and from selling, publishing, marketing or otherwise using any copies of the Image, including any and all digital or electronic copies of the Image;

44. for prejudgment and post-judgment interest, and all costs of court; and

45. for such other and further relief as the Court deems just and equitable.

Respectfully submitted this day, August 11, 2014.

FOR THE PLAINTIFF:

By: /s/ Wayne Carroll
Wayne Carroll (AZ Bar ID 024120)
INSPIRED IDEA SOLUTIONS, LLC
39506 N. Daisy Mountain Dr. Suite 122-501
Phoenix, AZ  85086
Phone:  602-361-9017
Fax:  888-965-3627
Email: wayne@InspiredIdeaSolutions.com

ATTORNEY FOR PLAINTIFF