Wayne D. Carroll (Bar No. #024120)
INSPIRED IDEA SOLUTIONS, LLC
39506 N. Daisy Mountain Drive, Suite 122-501
Phoenix, AZ  85086
Phone:  602-361-9017
Fax:  888-965-3627
Email: wayne@InspiredIdeaSolutions.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA - PHOENIX

| | |
|---|---|
| MASTERFILE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LIFECARE CHIROPRACTIC, INC., an Arizona corporation;<br>and JAMES BOGASH, D.C., an individual,<br><br>Defendants. | Case No: 2:14-cv-01786-JZB<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff, Masterfile Corporation, through counsel, voluntarily dismisses this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted this day, December 9, 2014.

                FOR THE PLAINTIFF:

                By:   /s/  Wayne Carroll
                Wayne Carroll (AZ Bar ID 024120)
                INSPIRED IDEA SOLUTIONS, LLC
                39506 N. Daisy Mountain Dr. Suite 122-501
                Phoenix, AZ  85086
                Phone:  602-361-9017
                Fax:  888-965-3627
                Email: wayne@InspiredIdeaSolutions.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have caused a copy of the foregoing

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

to be served on Defendants in this matter in the manner set forth below:

By first class mail, postage prepaid to:

>Lifecare Chiropractic, Inc.
>c/o Ronald P. Adams
>Hoopes & Adams PLC
>2410 W. Ray Road #1
>Chandler, AZ  85224
>
>James Bogash, D.C.
>c/o Lifecare Chiropractic, Inc.,
>1830 South Alma School Road
>Suite 135
>Mesa, AZ 85210

By:   /s/  Wayne Carroll